WILLIAM E. GILG
Attorney at Law, #151991
305 San Bruno Avenue West
San Bruno, CA 94066
(650) 871-8647
(650) 873-3168 (fax)

Attorney for Defendants/Appellants

E-filing

**FILED**

MAR   6 2008

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA.

ECF - Exempt

## UNITED STATES BANKRUPTCY COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re RAMIN YEGANEH, | ) Case No. 05-30047 TEC |
| Debtor. | ) Chapter 7 |
| | ) |
| CHARLES E. SIMS, Trustee, | ) Adversary Proceeding No. 05-3242 |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) NOTICE OF APPEAL |
| vs. | ) |
| | ) [Rules of Bankruptcy Procedure, |
| FRAN YEGANEH, ET AL, | ) Rule 8001(a), (b)], |
| | ) |
| | ) |
| Defendants. | ) |

The defendants in the above-entitled matter hereby appeal under Title 28 of the

United States Code, section 158(a), (b) from the Order denying "Defendants' cross

motion for summary judgment" entered by this Bankruptcy Court on February 28, 2008

in this bankruptcy proceeding.

The names of all parties to this Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

1.  Charles E. Sims, Trustee, represented by

    Charles P. Maher, Esq.
    Jeffrey Fillerup, Esq.
    Luce, Forward, Hamilton & Scrips, LLP
    121 Spear St., Suite 200
    San Francisco, CA 94105
    (415) 356-4600

2.  Defendants Fran Yeganeh, et al, represented by

    William E. Gilg
    Attorney at Law
    305 San Bruno Avenue West
    San Bruno, CA 94066
    (650) 871-8647

March 6, 2008

WILLIAM E. GILG,
Attorney for Defendants/Appellants

PROOF OF SERVICE

I, the undersigned, state that I am a citizen of the United States and employed in the City of San Bruno, that I am over the age of eighteen (18) years and not a party to the within cause; that I am an active member of the State Bar of California; that my business address is 305 San Bruno Avenue West, San Bruno, California; and that on the date set out below I deposited a true copy of the attached documents, listed below, on the parties to the action by one or more of the following methods:

[XX]  First Class Mail

[]  Fax via (415) 356-4610

– by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Bruno, California;

Documents Served: NOTICE OF APPEAL

Party Served: CHARLES P. MAHER, ESQ.
              Luce, Forward, Hamilton & Scripps, LLP
              Rincon Center II, 121 Spear St., Suite 200
              San Francisco, CA 94105

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at San Bruno, California on March 6, 2008.

WILLIAM E. GILG,
Attorney for Appellants

1

1  WILLIAM E. GILG
   Attorney at Law, #151991
2  305 San Bruno Avenue West
   San Bruno, CA 94066
3  (650) 871-8647
   (650) 873-3168 (fax)
4
   Attorney for Defendants/Appellants
5

**FILED**

MAR  6 2008

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

6                                                                    ECF - Exempt

7

8

9                    UNITED STATES BANKRUPTCY COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12 | In re RAMIN YEGANEH,              | ) Case No. 05-30047 TEC |

13 | Debtor.                           | ) Chapter 7 |

14

15 | CHARLES E. SIMS, Trustee,         | ) Adversary Proceeding No. 05-3242 |

16 | Plaintiff,                        | ) ELECTION TO APPEAL |
                                        ) DIRECTLY TO DISTRICT
17                                      ) COURT

18 | vs.                               | ) |

19 | FRAN YEGANEH, ET AL,              | ) [Rules of Bankruptcy Procedure, |
                                        )  Rule 8001(e)]
20                                      )

21                                      )
                                        )
22 | Defendants.                       | ) |

23        The defendants in the above-entitled matter, hereby elect to have their appeal of

24
   the Order denying "Defendants' cross motion for summary judgment" under Title 28 of
25
26 the United States Code, section 158(a), be heard by the United States District Court.

27        The names of all parties to this Order appealed from and the names, addresses,

28 and telephone numbers of their respective attorneys are as follows:

Notice of Election re Appeal                    -1-

1

2    1.  Charles E. Sims, Trustee, represented by

3
     Charles P. Maher, Esq.
4    Jeffrey Fillerup, Esq.
     Luce, Forward, Hamilton & Scrips, LLP
5    121 Spear St., Suite 200
     San Francisco, CA 94105
6    (415) 356-4600

7

8    2.  Defendants Fran Yeganeh, et al, represented by

9
     William E. Gilg
10   Attorney at Law
     305 San Bruno Avenue West
11   San Bruno, CA 94066
     (650) 871-8647
12

13

14

15   March 6, 2008
                                    _____
16                                  WILLIAM E. GILG,
                                    Attorney for Defendants/Appellants
17

18

19

20

21

22

23

24

25

26

27

28

---

Notice of Election re Appeal                    -2-

## PROOF OF SERVICE

I, the undersigned, state that I am a citizen of the United States and employed in the City of San Bruno, that I am over the age of eighteen (18) years and not a party to the within cause; that I am an active member of the State Bar of California; that my business address is 305 San Bruno Avenue West, San Bruno, California; and that on the date set out below I deposited a true copy of the attached documents, listed below, on the parties to the action by one or more of the following methods:

[XX]  First Class Mail

[]  Fax via (415) 356-4610

– by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Bruno, California;

Documents Served: ELECTION TO APPEAL DIRECTLY TO DISTRICT COURT

Party Served:  CHARLES P. MAHER, ESQ.
               Luce, Forward, Hamilton & Scripps, LLP
               Rincon Center II, 121 Spear St., Suite 200
               San Francisco, CA 94105

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at San Bruno, California on March 6, 2008.

WILLIAM E. GILG,
Attorney for Appellants

1



**Entered on Docket**
**February 28, 2008**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

1

2 **Signed and Filed: February 28, 2008**

3
E-filing
4

THOMAS E. CARLSON
5 U.S. Bankruptcy Judge

6

7

8 UNITED STATES BANKRUPTCY COURT

9 FOR THE NORTHERN DISTRICT OF CALIFORNIA



10 In re ) Case No: 05-30047 TEC
)
11 RAMIN YEGANEH, ) Chapter 7
)
12 )
Debtor. )
13 )
CHARLES E. SIMS, Trustee, ) Adv. Proc. 05-3240 TC
14 )
Plaintiff, )
15 v. )
)
16 F. NAMDARAN aka FRAN NAMDARAN )
aka FARIN NAMDARAN aka FARIN )
17 YEGANEH aka FRAN YEGANEH, )
)
18 Defendant. )
)
19 )
CHARLES E. SIMS, Trustee, )
20 )
Plaintiff, ) Adv. Proc. 05-3242 TC
21 )
22 v. )
)
23 COAST DEVELOPMENT TRUST and )
FARIN YEGANEH aka F. NAMDARAN aka )
24 FRAN NAMDARAN aka FARIN NAMDARAN )
aka FRAN YEGANEH, )
25 )
Defendants. )
26 )



27

28

**ORDER RE CROSS MOTIONS**
**FOR SUMMARY JUDGMENT**                -1-

UNITED STATES BANKRUPTCY COURT
Northern District of California
I certify that this is a true, correct and full copy
of the original document on file in my custody.
Dated 3-7-08
by
Deputy Clerk

1

2
CHARLES E. SIMS,                        )        Adv. Proc. 05-3243 TC
                                        )
                    Plaintiff,          )
3                                       )
  v.                                    )
4                                       )
  ADVANTA TRUST and FARIN YEGANEH       )
5 aka F. NAMDARAN aka FRAN NAMDARAN     )
  aka FARIN NAMDARAN aka FRAN           )
6 YEGANEH,                              )
                                        )
7                   Defendants.         )
                                        )
8

9

**ORDER RE TRUSTEE'S AND DEFENDANTS'
CROSS MOTIONS FOR SUMMARY JUDGMENT**

10      The court held a hearing on November 15, 2006 on Trustee's and

11 Defendants' cross motions for summary judgment.  Jeffery L. Fillerup

12 and Nhung Le appeared for Trustee.  Jonathan G. Chance appeared for

13 Defendants.

14      Upon request of the parties, the court deferred ruling on the

15 cross motions to allow the parties time to discuss settlement.  On

16 November 9, 2007, the parties informed the court that settlement

17 efforts had failed, and requested that the court rule on the cross

18 motions.

19      Upon due consideration, the court hereby orders as follows:

20 (1)  Plaintiff's motion for summary judgment is denied.

21 (2)  Defendants' cross motion for summary judgment is denied.

22 (3)  For purposes of this order:

23      (a)  The **"San Mateo Properties"** means the following real

24           property involved in the action against Coast Development

25           Properties (A.P. No. 05-3242): (i) 627 Prospect Row, San

26           Mateo, CA; (ii) 48 N. Grant St., San Mateo, CA; and (iii)

27           718 E. 4th St., San Mateo, CA.

28

**ORDER RE CROSS MOTIONS
FOR SUMMARY JUDGMENT**                    -2-

1   (b)   The **"East Bay Properties"** means the following real
2         property involved in the action against Advanta Trust
3         (A.P. No. 05-3243): (i) 6853 Simson St., Oakland, CA; and
4         (ii) 394 Sparling Drive, Hayward, CA.
5   (c)   The **"Peninsula Properties"** means the following real
6         property involved in the action against Fran Namdaran
7         (A.P. No. 05-3240): (i) 1659 Linda Mar Blvd, Pacifica, CA;
8         (ii) 115 Francisco Dr., South San Francisco, CA; and (iii)
9         139 Francisco Drive, South San Francisco, CA.
10  (d)   The **"Oakland Properties"** means the following real property
11        involved in the action against Allied Management Trust
12        (A.P. No. 05-3241): (i) 2462 Taylor Avenue, Oakland, CA;
13        (ii) 2300 Auseon Avenue, Oakland, CA; (iii) 1012 73rd
14        Avenue, Oakland, CA; (iv) 1278 79th Avenue, Oakland, CA;
15        and (v) 1086 69th Avenue, Oakland, CA.
16  (4)   Plaintiff has established that the following material facts
17        exist without substantial controversy.
18        (a)   Farin Namdaran and F. Namdaran are Debtor's mother.
19        (b)   R. Rad is Debtor.
20        (c)   Debtor's mother is the trustee and beneficiary of the
21              Coast Development Trust.  There is no document evidencing
22              the creation of the Coast Development Trust.
23        (d)   Debtor's mother is the trustee and beneficiary of the
24              Advanta Trust.  There is no document evidencing the
25              creation of the Advanta Trust.
26        (e)   Debtor is the trustee and beneficiary of the Allied
27              Management Trust.
28        (f)   All of the facts set forth in the table below.

ORDER RE CROSS MOTIONS
FOR SUMMARY JUDGMENT                -3-

| Date | Event |
|------|-------|
| 8/14/92 | "Ramin Yeganeh, an unmarried man" takes title to the real property at 627 Prospect Row, San Mateo, CA, one of the three San Mateo Properties. |
| 1/27/94 | "Ramin Yeganeh, an unmarried man" takes title to the real property at 48 N. Grant St., San Mateo, CA, one of the three San Mateo Properties. |
| 6/1/94 | "Ramin Yeganeh, an unmarried man" takes title to the real property at 718 E. 4th St., San Mateo, CA, one of the three San Mateo Properties. |
| 9/14/98 | "Ramin Yeganeh, a single man" takes title to the real property at 6853 Simson St., Oakland, CA, one of the two East Bay Properties. |
| 10/8/98 | "Ramin Yeganeh, a single man" takes title to the real property at 394 Sparling Drive, Hayward, CA, one of the two East Bay Properties. |
| 4/7/99 | "Ramin Yeganeh, a single man" takes title to the real property at 1659 Linda Mar Blvd, Pacifica, CA, one of the three Peninsula Properties. |
| 6/25/99 | "Ramin Yeganeh, a single man" takes title to the real properties at 115 Francisco Dr., South San Francisco, CA and 139 Francisco Drive, South San Francisco, CA, two of the three Peninsula Properties. |
| 1999 | Debtor discards or destroys records regarding the San Mateo Properties, the East Bay Properties, and the Peninsula Properties. Debtor destroys or discards mortgage loan documents, property tax statements, lease agreements, evidence of lease payments received, records of improvements, repair invoices, property insurance statements, and utilities statements. |
| 9/8/99 | Debtor is arrested and his business records are seized; he is charged with violations of the criminal provisions of Cal. Civ. Code § 2945 re business practices of mortgage foreclosure consultants. |
| 10/4/99 | Wobogo files suit against Debtor under Cal. Bus. & Prof. Code § 17200 in San Mateo County Superior Court (Superior Court), Case No. 410586 (State-Court Action); 27 victims allege in the complaint that Debtor unlawfully foreclosed mortgages. |
| 3/20/01 | Debtor pleads no contest to four separate felony counts under Cal. Civ. Code § 2945.4(g), involving four victims. Debtor is sentenced to five years probation, his broker's license is suspended, and he is ordered not to engage in mortgage broker activity. |

ORDER RE CROSS MOTIONS
FOR SUMMARY JUDGMENT                    -4-

| 6/28/01 | Debtor transfers the three Peninsula Properties to "F. Namdaran, a single woman" (Debtor's mother).  No consideration was paid for the transfers.  A motion for summary judgment was pending in the State-Court Action on the date the Peninsula Properties were transferred. |
| --- | --- |
| 7/30/01 | Superior Court grants plaintiffs' motion for summary judgment, determining that Debtor violated Cal. Bus & Prof. Code § 17200; restitution hearings commence. |
| 7/31/01 | Debtor transfers the three San Mateo Properties to the Coast Development Trust (in which Debtor's mother is the trustee and beneficiary).  No consideration was paid for the transfers. |
| 8/1/01 | Debtor files chapter 13 bankruptcy case; on petition, Debtor uses an incomplete and inaccurate spelling of his name and the wrong home address. |
| 8/2/01 | Debtor voluntarily dismisses his chapter 13 case. |
| 8/10/01 | In State-Court Action, the plaintiffs file an application for temporary restraining order to prohibit Debtor from transferring any real property. |
| 9/24/01 | Debtor transfers the East Bay Properties to the Advanta Trust (in which Debtor's mother is the trustee and beneficiary).  No consideration was paid for the transfers.  After transferring these properties, Debtor continues to collect the rental income from the properties and does not turn over the rent to his mother. |
| 10/3/01 | The Superior Court grants an order modifying the preliminary injunction, which prohibits Debtor from conducting or engaging in certain real property transactions. |
| 4/18/02 | Debtor testifies under oath in the Superior Court: (i) that F. Namdaran was a man named "Fred" or a woman whose name he could not recall; and (ii) that R. Rad was Rick Rad, that his relationship with R. Rad was none. |
| June 2002 | Under the name "R. Rad, a single man", Debtor acquires title to 2462 Taylor Avenue, Oakland, CA, one of the five Oakland Properties. |
| Sept. 2002 | Under the name "R. Rad, a single man", Debtor acquires title to 2300 Auseon Avenue, Oakland, CA (Auseon Property), one of the five Oakland Properties. |
| Nov. 2002 | Under the name "R. Rad, a single man", Debtor acquires title to 1012 73rd Avenue, Oakland, CA, one of the five Oakland Properties. |

ORDER RE CROSS MOTIONS
FOR SUMMARY JUDGMENT                    -5-

| 1<br>2 | Dec.<br>2002 | Under the name "R. Rad, a single man", Debtor acquires title to 1278 79th Avenue, Oakland, CA, one of the five Oakland Properties. |
|---|---|---|
| 3<br>4 | January<br>2003 | Under the name "R. Rad, a single man", Debtor acquires title to 1086 69th Avenue, Oakland, CA, one of the five Oakland Properties. |
| 5<br>6<br>7 | 3/21/03 | R. Rad, who is Debtor, transfers all of the Oakland Properties, except the Auseon Property, to the Allied Management Trust, of which Debtor is the trustee and beneficiary. |
| 8 | 5/6/03 | R. Rad, who is Debtor, transfers the Auseon Property to the Allied Management Trust, of which Debtor is the trustee and beneficiary. |
| 9<br>10<br>11 | 6/20/03 | Superior Court finds Debtor guilty of contempt due to Debtor's transfer of the Oakland Properties in violation of the preliminary injunction.  Superior Court sentences Debtor to 36 days in jail. |
| 12 | 6/3/04 | $270K judgment entered in State-Court Action. |
| 13<br>14 | 9/9/04 | Supplemental judgment entered in the State-Court Action adding $130K prejudgment interest, $3,452,803 attorneys' fees, and $32,458 costs to the judgment (collectively, the Judgment). |
| 15<br>16<br>17<br>18 | 1/7/05 | Debtor files chapter 13 bankruptcy case.  Debtor is not eligible for chapter 13 relief because his debts, including the more than $3.8 million Judgment, exceed the chapter 13 debt eligibility limits (as of the petition date: noncontingent, liquidated, unsecured debts of less than $307,765 and noncontingent, liquidated, secured debts of less than $922,975). |
| 19 | 1/21/05 | Debtor's bankruptcy case is converted to chapter 7 because Debtor is not eligible for chapter 13 relief. |
| 20<br>21<br>22 | 2/22/05 | Four days after the trustee filed adversary proceedings against Debtor to recover the San Mateo Properties, the East Bay Properties, the Peninsula Properties, and the Oakland Properties, Debtor transfers the San Mateo Properties to F. Namdaran (Debtor's mother). |
| 23<br>24<br>25 | 2/25/05 | Debtor files schedules in his bankruptcy case.  Debtor does not list in his schedules any of the San Mateo Properties, the East Bay Properties, the Peninsula Properties, or the Oakland Properties. |
| 26<br>27<br>28 | 6/1/05 | Debtor testifies under oath at his 2004 examination that he doesn't remember why he didn't put his home address on the bankruptcy petition he filed in 2001, but that it may have been because he didn't want his credit affected. |

**ORDER RE CROSS MOTIONS**
**FOR SUMMARY JUDGMENT**                          -6-

(5)  The following issues are reserved for trial, as limited by
     paragraph (6) below:

    (a)  whether Debtor retained other real or personal property
          after he transferred the San Mateo, East Bay, Peninsula,
          and Oakland Properties (collectively, the **"Properties"**);

    (b)  whether Debtor was insolvent on the date the transfers
          were made or became insolvent as a result of the
          transfers; and

    (c)  whether Debtor made the transfers with actual intent to
          hinder, delay, or defraud creditors.

(6)  Pursuant to this court's October 13, 2006 Order re Cross
     Motions to Preclude or Compel:

    (a)  Defendants are precluded from introducing any evidence
          that Defendants, rather than Debtor, were the true
          (equitable) owners of the Properties before the transfers
          at issue.

    (b)  Defendants are precluded from introducing any evidence
          that they paid Debtor consideration in connection with the
          transfers at issue.

    (c)  Except as provided in subparagraph (6)(d) below,
          Defendants are authorized to introduce Debtor's testimony
          and any documents already produced regarding: (i) whether
          the badges of fraud indicate intent to hinder, delay, or
          defraud creditors; and (ii) insolvency at the time of or
          as a result of the transfers at issue.

    (d)  In addressing the issues identified in subparagraph (6)(c)
          above, Defendants are precluded from introducing any
          evidence that Defendants rather than Debtor were the true

**ORDER RE CROSS MOTIONS**
**FOR SUMMARY JUDGMENT**                -7-

1               (equitable) owners of the Properties before the transfers

2               at issue or any evidence that Defendants paid any

3               consideration in connection with the transfers at issue.

4                                **\*\*END OF ORDER\*\***

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER RE CROSS MOTIONS
FOR SUMMARY JUDGMENT**            -8-

1                              **COURT SERVICE LIST**

2   Jeffrey L. Fillerup, Esq.
    Luce, Forward, Hamilton & Scripps LLP
3   121 Spear St., Ste. 200
    San Francisco, CA 94105
4
    Nhung Le, Esq.
5   Luce, Forward, Hamilton & Scripps LLP
    121 Spear St., Ste. 200
6   San Francisco, CA 94105

7   Jonathan G. Chance, Esq.
    JC Law Office
8   1605 Middlefield Rd.
    Redwood City, CA 94063
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PreAct, APPEAL

# U.S. Bankruptcy Court
## Northern District of California (San Francisco)
### Adversary Proceeding #: 05-03242
#### Internal Use Only



*Assigned to:* Judge Thomas E. Carlson                    *Date Filed:* 02/18/05
*Related BK Case:* 05-30047
*Related BK Title:* Ramin Yeganeh
*Related BK Chapter:* 7
*Demand:*
*Nature[s] of Suit:* 454 Recover Money/Property

**Plaintiff**
-----------------------

**Charles E. Sims**                    represented by **Charles P. Maher**
                                       Luce, Forward, Hamilton and Scripps
                                       121 Spear St. #200
                                       San Francisco, CA 94105
                                       (415) 356-4600
                                       Email: cmaher@luce.com
                                       *LEAD ATTORNEY*

                                       **Nhung Le**
                                       Luce, Forward, Hamilton and Scripps
                                       121 Spear St. #200
                                       San Francisco, CA 94105
                                       (415) 356-4600
                                       Email: nle@luce.com

UNITED STATES BANKRUPTCY COURT
Northern District of California
I certify that this is a true, correct and **full copy**
of the original document on file in **my custody.**
Dated ___3-7-06___
by _____
Deputy Clerk

V.

**Defendant**
-----------------------

**Coast Developement Trust**

**Counter-Claimant**
-----------------------

**Coast Developement Trust**                    represented by **Jonathan G. Chance**
                                                JC Law Offices
                                                2000 Broadway St.
                                                Redwood City, CA 94063
                                                (650) 299-1269
                                                Email: jonathan@jc-law.net

V.

**Counter-Defendant**
-----------------------

**Charles E. Sims**                    represented by **Charles P. Maher**
                                       Luce, Forward, Hamilton and Scripps
                                       121 Spear St. #200
                                       San Francisco, CA 94105
                                       (415) 356-4600
                                       Email: cmaher@luce.com

| Filing Date | # | Docket Text |
|---|---|---|
| 02/18/2005 | ❏1 | 454 (Recover Money/Property): Complaint by Charles E. Sims against Coast Developement Trust Fee Amount $150. (Attachments: # 1 AP Cover Sheet # 2 Order re Initial Disclosures and Discovery Conference [TO BE ISSUED BY CLERK]# 3 Summons [TO BE ISSUED BY CLERK]) (Maher, Charles) (Entered: 02/18/2005) |
| 02/18/2005 | | Receipt of filing fee for Complaint(05-03242) [cmp,cmp] ( 150.00). Receipt number 1899776, amount $ 150.00 (U.S. Treasury) (Entered: 02/18/2005) |
| 02/23/2005 | ❏2 | Summons Issued on Coast Developement Trust Answer Due 3/25/2005. Status Conference to be held on 4/21/2005 at 10:00 AM at San Francisco Courtroom 23 - Carlson. (dmb, ) (Entered: 02/23/2005) |
| 02/23/2005 | ❏3 | Order Regarding Initial Disclosures and Discovery Conference . (dmb, ) (Entered: 02/23/2005) |
| 02/28/2005 | ❏4 | Certificate of Service (RE: related document(s)1 Complaint,, 2 Summons Issued, 3 Discovery Order). Filed by Plaintiff Charles E. Sims. (Le, Nhung) (Entered: 02/28/2005) |
| 03/25/2005 | ❏9 | Motion to Dismiss Adversary Proceeding For Insufficiency of Service of Process Filed By Defendant F. Heganeh . (dmb, ) (Entered: 04/01/2005) |
| 03/25/2005 | ❏10 | Notice of Hearing Filed By Defendant F. Yeganeh (RE: related document(s)9 Motion to Dismiss Adversary Proceeding). Hearing scheduled for 4/29/2005 at 09:30 AM at San Francisco Courtroom 23 - Carlson. . (dmb, ) (Entered: 04/01/2005) |
| 03/29/2005 | ❏5 | Alias Summons to be Issued on Coast Developement Trust (RE: related document(s)1 Complaint, filed by Plaintiff Charles E. Sims). (Le, Nhung) (Entered: 03/29/2005) |
| 03/30/2005 | ❏6 | Alias Summons Issued on Coast Developement Trust Date Issued 3/30/2005, Answer Due 4/29/2005. Status Conference to be held on 6/23/2005 at 10:00 AM San Francisco Courtroom 23 - Carlson (dmb, ) (Entered: 03/30/2005) |
| 03/30/2005 | ❏ | **ERROR** The Document Did Not Show Court Room Location. (RE: related document(s)6 Alias Summons Issued). (dmb, ) (Entered: 03/30/2005) |
| 03/30/2005 | ❏7 | Alias Summons Issued on Coast Developement Trust Date Issued 3/30/2005, Answer Due 4/29/2005. Status Conference to be held on 6/23/2005 at 10:00 AM San Francisco Courtroom 23 - Carlson (dmb, ) (Entered: 03/30/2005) |
| 04/01/2005 | ❏8 | Certificate of Service (RE: related document(s)1 Complaint,, 3 Discovery Order, 7 Alias Summons Issued). Filed by Plaintiff Charles E. Sims (Le, Nhung) (Entered: 04/01/2005) |
| 04/15/2005 | ❏11 | Brief/Memorandum in Opposition to *Motion to Dismiss For Insufficiency of Service of Process* (RE: related document(s)9 Motion to Dismiss Adversary Proceeding). Filed by Plaintiff Charles E. Sims (Attachments: # 1 Declaration # 2 Certificate of Service) (Le, Nhung) (Entered: 04/15/2005) |
| 04/22/2005 | ❏12 | Order To Continue Hearing (RE: related document(s)9 Motion to Dismiss Adversary Proceeding). Hearing to be held on 5/16/2005 at 9:30 AM San Francisco Courtroom 23 - Carlson for 9, (dmb, ) (Entered: 04/25/2005) |
| 04/27/2005 | ❏13 | BNC Certificate of Mailing - Electronic Order (RE: related document(s)12 Order to Continued Hearing). Service Date 04/27/2005. (Admin.) (Entered: 04/27/2005) |
| 04/29/2005 | ❏14 | Motion to Dismiss Adversary Proceeding For Insufficiency of Service Of Process . (dmb, ) (Entered: 05/03/2005) |

| 04/29/2005 | ◐15 | Notice of Hearing (RE: related document(s)14 Motion to Dismiss Adversary Proceeding). Hearing scheduled for 6/24/2005 at 09:30 AM at San Francisco Courtroom 23 - Carlson. . (dmb, ) (Entered: 05/03/2005) |
|---|---|---|
| 04/29/2005 | ◐16 | Notice Regarding Taking Process Off Calendar (RE: related document(s)9 Motion to Dismiss Adversary Proceeding). . (dmb, ) (Entered: 05/03/2005) |
| 05/06/2005 | ◐17 | Objection To (RE: related document(s)14Ex Parte Motion to Dismiss Adversary Proceeding). Filed By F. Yeganeh Defendant In Pro Per. (dmb, ) (Entered: 05/11/2005) |
| 05/11/2005 | ◐18 | Brief/Memorandum in Opposition to *Motion to Dismiss for Insufficiency of Service of Process* (RE: related document(s)14 Motion to Dismiss Adversary Proceeding). Filed by Plaintiff Charles E. Sims (Attachments: # 1 Declaration # 2 Exhibit A-D to Declaration# 3 Certificate of Service) (Le, Nhung) (Entered: 05/11/2005) |
| 05/11/2005 | ◐19 | Order Advancing Hearing On Motion To Dismiss For Insufficiency Of Service Of Process (RE: related document(s)14 Motion to Dismiss Adversary Proceeding). (dmb, ) (Entered: 05/12/2005) |
| 05/12/2005 | ◐ | Hearing Continued For (RE: related document(s)14 Motion to Dismiss Adversary Proceeding For Insufficiency of Service Of Process . (dmb, )). Hearing to be held on 5/16/2005 at 9:30 AM San Francisco Courtroom 23 - Carlson for 14, (dmb, ) (Entered: 05/12/2005) |
| 05/13/2005 | ◐20 | Notice of Entry of Order Regarding: *Order Advancing Hearing on Motion to Dismiss for Insufficiency of Service of Process* (RE: related document(s)19 Order). Filed by Plaintiff Charles E. Sims. (Attachments: # 1 Certificate of Service) (Le, Nhung) (Entered: 05/13/2005) |
| 05/13/2005 | ◐21 | Stipulation, Entry of Order Extending Time to File Answer Filed by Plaintiff Charles E. Sims, Defendant Coast Developement Trust. (Attachments: # 1 Certificate of Service) (Le, Nhung) (Entered: 05/13/2005) |
| 05/14/2005 | ◐22 | BNC Certificate of Mailing - Electronic Order (RE: related document(s)19 Order). Service Date 05/14/2005. (Admin.) (Entered: 05/14/2005) |
| 05/18/2005 | ◐23 | Order Extending Time To File Answer (RE: related document(s)21 Stipulation for Miscellaneous Relief filed by Plaintiff Charles E. Sims, Defendant Coast Developement Trust). (dmb, ) (Entered: 05/19/2005) |
| 05/21/2005 | ◐24 | BNC Certificate of Mailing - Electronic Order (RE: related document(s)23 Order). Service Date 05/21/2005. (Admin.) (Entered: 05/21/2005) |
| 06/08/2005 | ◐25 | Amended Complaint *for Avoidance and Recovery of Fraudulent Transfers* by Nhung Le on behalf of Charles E. Sims against all defendants. (RE: related document(s)1 Complaint, filed by Plaintiff Charles E. Sims). (Attachments: # 1 Second Alias Summons [TO BE ISSUED BY CLERK]# 2 Order re Initital Disclosures and Discovery Conference [TO BE ISSUED BY CLERK]) (Le, Nhung) (Entered: 06/08/2005) |
| 06/09/2005 | ◐26 | Second Alias Summons Issued on Coast Developement Trust Date Issued 6/9/2005, Answer Due 7/11/2005. Status Conference to be held on 9/22/2005 at 10:00 AM San Francisco Courtroom 23 - Carlson (dmb, ) (Entered: 06/09/2005) |
| 06/09/2005 | ◐27 | Answer to Complaint Filed by F. Yeganeh Trustee for Defendant Coast Developement Trust . (dmb, ) (Entered: 06/13/2005) |
| 06/09/2005 | ◐28 | Counterclaim For Damages Filed by F. Yeganeh Trustee of Coast Developement Trust against Charles E. Sims (dmb, ) (Entered: 06/13/2005) |

3/7/2008 5:52 PM

| 06/17/2005 | ❶29 | Order Regarding Initial Disclosures and Discovery Conference . (Referring To Second Alias Issued.) (dmb, ) Modified on 6/17/2005 (dmb, ). (Entered: 06/17/2005) |
|---|---|---|
| 06/17/2005 | ❶30 | Certificate of Service (RE: related document(s)29 Discovery Order, 25 Amended Complaint,, 26 Alias Summons Issued). Filed by Plaintiff Charles E. Sims (Le, Nhung) (Entered: 06/17/2005) |
| 06/29/2005 | ❶31 | Motion *Motion to Strike the Counterclaim of F. Yeganeh, Trustee of Coast Development Trust; and Request for Attorney's Fees* Filed by Plaintiff Charles E. Sims, Counter-Defendant Charles E. Sims. (Attachments: # 1 Memorandum of Points and Authorities # 2 Declaration of Charles E. Sims# 3 Exhibit A-C to Sims Declaration# 4 Declaration of Charles P. Maher# 5 Exhibit A-G to Maher Declaration# 6 Declaration of Jeffrey L. Fillerup# 7 Exhibit A to Fillerup Declaration# 8 Certificate of Service) (Maher, Charles) (Entered: 06/29/2005) |
| 06/29/2005 | ❶32 | Notice of Hearing *on Motion to Strike the Counterclaim of F. Yeganeh, Trustee of Coast Development Trust; and Request for Attorney's Fees* (RE: related document(s)31 Motion Miscellaneous Relief,, filed by Counter-Defendant Charles E. Sims, Plaintiff Charles E. Sims). Hearing scheduled for 8/3/2005 at 09:30 AM at San Francisco Courtroom 23 - Carlson. Filed by Plaintiff Charles E. Sims, Counter-Defendant Charles E. Sims. (Attachments: # 1 Certificate of Service) (Maher, Charles) (Entered: 06/29/2005) |
| 07/08/2005 | ❶33 | Answer to First Amended Complaint Filed by Coast Developement Trust, and Farin Yeganeh, et al . (dmb, ) (Entered: 07/12/2005) |
| 07/08/2005 | ❶34 | Notice Of Dismissal Of (RE: related document(s)28 Counterclaim filed by Counter-Claimant Coast Developement Trust, Defendant Coast Developement Trust). Filed by Defendant Coast Developement Trust , Counter-Claimant Coast Developement Trust . (dmb, ) (Entered: 07/12/2005) |
| 07/20/2005 | ❶36 | Response to (RE: related document(s)31 Motion Miscellaneous Relief, , ). Filed by Defendant Coast Developement Trust , Counter-Claimant Coast Developement Trust (dmb, ) (Entered: 07/21/2005) |
| 07/21/2005 | ❶35 | Response to *motion to strike; declaration of F. Yeganeh, proof of service* (RE: related document(s)31 Motion Miscellaneous Relief,, ). Filed by Counter-Claimant Coast Developement Trust (Chance, Jonathan) (Entered: 07/21/2005) |
| 07/27/2005 | ❶37 | Reply to *Reply Memorandum In Support of Motion to Strike Counterclaim; Request for Attorney's Fees* (RE: related document(s)35 Response, 36 Response). Filed by Plaintiff Charles E. Sims, Counter-Defendant Charles E. Sims (Attachments: # 1 Declaration Supplemental Declaration of Jeffrey L. Fillerup in Support of Motion to Strike Counterclaim# 2 Exhibit A-C to Supplemental Declaration# 3 Certificate of Service) (Maher, Charles) (Entered: 07/27/2005) |
| 08/03/2005 | ❶ | Hearing Held (Matter is submitted). (RE: related document(s)31 Motion *Motion to Strike the Counterclaim of F. Yeganeh, Trustee of Coast Development Trust; and Request for Attorney's Fees*, 32 Notice of Hearing, ). (gh, ) (Entered: 08/03/2005) |
| 08/03/2005 | ❶38 | Order Granting Motion to strike and awarding attorney fees(Related Doc # 31) (jjg, ) (Entered: 08/04/2005) |
| 08/06/2005 | ❶39 | BNC Certificate of Mailing - Electronic Order (RE: related document(s)38 Order on Motion for Miscellaneous Relief). Service Date 08/06/2005. (Admin.) (Entered: 08/06/2005) |
| 09/16/2005 | ❶40 | Stipulation, STIPULATION REGARDING ATTORNEY'S FEES AWARD AND MOTION TO STRIKE ORDER Filed by Plaintiff Charles E. Sims, Defendant Coast Developement Trust (RE: related document(s)38 Order on Motion for Miscellaneous Relief). (Maher, Charles) (Entered: 09/16/2005) |

| 09/21/2005 | 🌑41 | Order Regarding Attorney's Fees Award and Motion to Strike Order (RE: related document(s)40 Stipulation for Miscellaneous Relief, filed by Counter-Defendant Charles E. Sims, Plaintiff Charles E. Sims, Counter-Claimant Coast Developement Trust, Defendant Coast Developement Trust, 31 Motion Miscellaneous Relief, , filed by Counter-Defendant Charles E. Sims, Plaintiff Charles E. Sims). (dmb, ) (Entered: 09/21/2005) |
|---|---|---|
| 09/22/2005 | 🌑 | Hearing Continued (Trial also set for 5/2/06 at 9:30 AM). (RE: related document(s)26 Alias Summons Issued). Status Conference to be held on 11/18/2005 at 9:30 AM San Francisco Courtroom 23 - Carlson for 26, (gh, ) (Entered: 09/23/2005) |
| 09/23/2005 | 🌑42 | BNC Certificate of Mailing - Electronic Order (RE: related document(s)41 Order, ). Service Date 09/23/2005. (Admin.) (Entered: 09/23/2005) |
| 10/07/2005 | 🌑43 | Scheduling Order . Discovery due by 4/3/2006. Trial date set for 5/2/2006 at 09:00 AM at San Francisco Courtroom 23 - Carlson. (dmb, ) (Entered: 10/13/2005) |
| 10/15/2005 | 🌑44 | BNC Certificate of Mailing - Electronic Order (RE: related document(s)43 Scheduling Order). Service Date 10/15/2005. (Admin.) (Entered: 10/16/2005) |
| 12/05/2005 | 🌑 | Hearing Continued (RE: related document(s)26 Alias Summons Issued). Status Conference to be held on 2/24/2006 at 9:30 AM San Francisco Courtroom 23 - Carlson for 26, (gh, ) (Entered: 12/05/2005) |
| 12/08/2005 | 🌑45 | Certificate of Service *(Proposed Order Continuing Status Conference and Staying Discovery)* Filed by Plaintiff Charles E. Sims (Maher, Charles) (Entered: 12/08/2005) |
| 12/16/2005 | 🌑46 | Order Continuing Status Conference And Staying Discovery. (RE: related document(s)43 Scheduling Order). (dmb, ) (Entered: 12/19/2005) |
| 02/17/2006 | 🌑47 | Status Conference Statement Filed by Plaintiff Charles E. Sims (Attachments: # 1 Certificate of Service) (Maher, Charles) (Entered: 02/17/2006) |
| 02/17/2006 | 🌑48 | Withdrawal of Documents *Docket No. 47 (wrong PDF uploaded)* (RE: related document(s)47 Status Conference Statement). Filed by Plaintiff Charles E. Sims (Maher, Charles) (Entered: 02/17/2006) |
| 02/17/2006 | 🌑49 | Status Conference Statement Filed by Plaintiff Charles E. Sims (Attachments: # 1 Certificate of Service) (Maher, Charles) (Entered: 02/17/2006) |
| 02/24/2006 | 🌑 | Hearing Continued (Stay of discovery is lifted). (RE: related document(s)26 Alias Summons Issued). Status Conference to be held on 3/31/2006 at 10:30 AM San Francisco Courtroom 23 - Carlson for 26, (gh, ) (Entered: 02/27/2006) |
| 04/11/2006 | 🌑50 | Motion to Extend Time *Until June 30, 2006 for the Filing of the Trustee's Motion to Compel Discovery From the Defendants and/or Debtor* Filed by Plaintiff Charles E. Sims. (Attachments: # 1 Memorandum of Points and Authorities # 2 Declaration # 3 Certificate of Service) (Le, Nhung) (Entered: 04/11/2006) |
| 04/11/2006 | 🌑51 | Notice of Hearing *On Motion for Enlargement of Time Until June 30, 2006 for the Filing of the Trustee's Motion to Compel Discovery From the Defendants and/or Debtor* (RE: related document(s)50 Motion to Extend Time, filed by Counter-Defendant Charles E. Sims, Plaintiff Charles E. Sims). Hearing scheduled for 6/2/2006 at 09:30 AM at San Francisco Courtroom 23 - Carlson. Filed by Plaintiff Charles E. Sims. (Attachments: # 1 Certificate of Service) (Le, Nhung) (Entered: 04/11/2006) |
| 05/18/2006 | 🌑52 | Notice of Continued Hearing *of Motion for Enlargement of Time Until June 30, 2006, for the Filing of the Trustee's Motion to Compel Discovery from the Defendants and/or Debtor and Amended Request* (RE: related document(s)51 Notice of Hearing, filed by Counter-Defendant |

Charles E. Sims, Plaintiff Charles E. Sims, <u>50</u> Motion to Extend Time, filed by Counter-Defendant Charles E. Sims, Plaintiff Charles E. Sims). Hearing to be held on 7/7/2006 at 9:30 AM San Francisco Courtroom 23 - Carlson for <u>50</u>, Filed by Plaintiff Charles E. Sims. (Attachments: # <u>1</u> Certificate of Service) (Le, Nhung) (Entered: 05/18/2006)

| | | |
|---|---|---|
| 06/22/2006 | ○<u>53</u> | Second Notice of Continued Hearing *on Motion For Enlargement Of Time Until June 30, 2006 For The Filing Of The Trustee's Motion To Compel Discovery From The Defendants And/Or Debtor And Amended Request* (RE: related document(s)<u>50</u> Motion to Extend Time, filed by Counter-Defendant Charles E. Sims, Plaintiff Charles E. Sims). Hearing to be held on 8/25/2006 at 9:30 AM San Francisco Courtroom 23 - Carlson for <u>50</u>, Filed by Plaintiff Charles E. Sims. (Attachments: # <u>1</u> Certificate of Service) (Le, Nhung) (Entered: 06/22/2006) |
| 08/11/2006 | ○<u>54</u> | Motion for Summary Judgment *Based Upon Actual Fraud* Filed by Plaintiff Charles E. Sims. (Attachments: # <u>1</u> Memorandum in Support of the Trustee's Motion for Summary Judgment Based on Actual Fraud# <u>2</u> Request for Judicial Notice# <u>3</u> Declaration of Emily L. Maxwell# <u>4</u> Declaration of Charles E. Sims# <u>5</u> Exhibits A and B for Sims Declaration# <u>6</u> Declaration of Jeffrey L. Fillerup# <u>7</u> Exhibits 92-98 of Fillerup Declaration# <u>8</u> Exhibits 99-104 of Fillerup Declaration# <u>9</u> Exhibits 105-108 of Fillerup Declaration# <u>10</u> Exhibit 109 of Fillerup Declaration# <u>11</u> Exhibits 110-119 of Fillerup Declaration# <u>12</u> Certificate of Service) (Maher, Charles) (Entered: 08/11/2006) |
| 08/11/2006 | ○<u>55</u> | Notice of Hearing *on Motion for Summary Judgment Based Upon Actual Fraud* (RE: related document(s)<u>54</u> Motion for Summary Judgment/Adjudication,, filed by Counter-Defendant Charles E. Sims, Plaintiff Charles E. Sims). Hearing scheduled for 9/8/2006 at 09:30 AM at San Francisco Courtroom 23 - Carlson. Filed by Plaintiff Charles E. Sims. (Attachments: # <u>1</u> Certificate of Service) (Maher, Charles) (Entered: 08/11/2006) |
| 08/11/2006 | ○<u>56</u> | Motion *to Preclude Testimony and Exclude Evidence or in the Alternative, Motion to Compel Discovery* Filed by Plaintiff Charles E. Sims. (Attachments: # <u>1</u> Memorandum of Points and Authorities # <u>2</u> Request for Judicial Notice# <u>3</u> Declaration of Emily L. Maxwell# <u>4</u> Declaration of Charles E. Sims# <u>5</u> Exhibit A, B to Declaration of Charles E. Sims# <u>6</u> Declaration of Jeffrey L. Fillerup# <u>7</u> Exhibit 92-98 to Declaration of Jeffrey L. Fillerup# <u>8</u> Exhibit 99-104 to Declaration of Jeffrey L. Fillerup# <u>9</u> Exhibit 105-108 to Declaration of Jeffrey L. Fillerup# <u>10</u> Exhibit 109 to Declaration of Jeffrey L. Fillerup# <u>11</u> Exhibit 110 - 119 to Declaration of Jeffrey L. Fillerup# <u>12</u> Certificate of Service) (Le, Nhung) (Entered: 08/11/2006) |
| 08/11/2006 | ○<u>57</u> | Notice of Hearing *on Motion to Preclude Testimony and Exclude Evidence or in the Alternative, Motion to Compel Discovery* (RE: related document(s)<u>56</u> Motion Miscellaneous Relief,, filed by Counter-Defendant Charles E. Sims, Plaintiff Charles E. Sims). Hearing scheduled for 9/8/2006 at 09:30 AM at San Francisco Courtroom 23 - Carlson. Filed by Plaintiff Charles E. Sims. (Attachments: # <u>1</u> Certificate of Service) (Le, Nhung) (Entered: 08/11/2006) |
| 08/11/2006 | ○<u>58</u> | Notice Regarding *Lodgment of Documentary Evidence For Which Judicial Notice Is Sought, and Other Deposition and Documentary Evidence In Support Of (1) Motion For Summary Judgment Based On Actual Fraud, and (2) Motion To Preclude Testimony and Exclude Evidence or in the Alternative, Motion To Compel Discovery* (RE: related document(s)<u>54</u> Motion for Summary Judgment/Adjudication,, filed by Counter-Defendant Charles E. Sims, Plaintiff Charles E. Sims, <u>56</u> Motion Miscellaneous Relief,, filed by Counter-Defendant Charles E. Sims, Plaintiff Charles E. Sims). Filed by Plaintiff Charles E. Sims. (Attachments: # <u>1</u> Exhibit 1-15# <u>2</u> Exhibit 16-29# <u>3</u> Exhibit 30-39# <u>4</u> Exhibit 40-42# <u>5</u> Exhibit 43-47# <u>6</u> Exhibit 48-49# <u>7</u> Exhibit 50-55# <u>8</u> Exhibit 56-65# <u>9</u> Exhibit 66-74# <u>10</u> Exhibit 75# <u>11</u> Exhibit 76-78# <u>12</u> Exhibit 79-90# <u>13</u> Exhibit 91# <u>14</u> Certificate of Service) (Le, Nhung) (Entered: 08/11/2006) |
| 08/14/2006 | ○<u>59</u> | Third Notice of Continued Hearing *on Motion For Enlargement Of Time Until June 30, 2006 For The Filing Of The Trustee's Motion To Compel Discovery From The Defendants And/Or Debtor And Amended Request* (RE: related document(s)<u>50</u> Motion to Extend Time, filed by Counter-Defendant Charles E. Sims, Plaintiff Charles E. Sims). Hearing to be held on 9/8/2006 at 9:30 AM San Francisco Courtroom 23 - Carlson for <u>50</u>, Filed by Plaintiff Charles E. Sims. (Attachments: # <u>1</u> Certificate of Service) (Le, Nhung) (Entered: 08/14/2006) |

| 08/21/2006 | ❑60 | Notice of Continued Hearing *on Motion for Summary Judgment and Motion to Preclude Testimony and Exclude Evidence* (RE: related document(s)54 Motion for Summary Judgment/Adjudication,, filed by Counter-Defendant Charles E. Sims, Plaintiff Charles E. Sims, 56 Motion Miscellaneous Relief,, filed by Counter-Defendant Charles E. Sims, Plaintiff Charles E. Sims). Hearing to be held on 9/29/2006 at 9:30 AM San Francisco Courtroom 23 - Carlson for 54, Hearing to be held on 9/29/2006 at 9:30 AM San Francisco Courtroom 23 - Carlson for 56, Filed by Plaintiff Charles E. Sims. (Attachments: # 1 Certificate of Service) (Le, Nhung) (Entered: 08/21/2006) |
|---|---|---|
| 08/21/2006 | ❑61 | Notice of Continued Hearing *of Motion for Enlargement of Time Until June 30, 2006 for the Filing of the Trustee's Motion to Compel Discovery fromt he Defendants and/or Debtor and Amended Request* (RE: related document(s)50 Motion to Extend Time, filed by Counter-Defendant Charles E. Sims, Plaintiff Charles E. Sims). Hearing to be held on 9/29/2006 at 9:30 AM San Francisco Courtroom 23 - Carlson for 50, Filed by Plaintiff Charles E. Sims. (Attachments: # 1 Certificate of Service) (Le, Nhung) (Entered: 08/21/2006) |
| 09/12/2006 | ❑62 | Motion to Continue Hearing On (RE: related document(s)54and 56 Motion for Summary Judgment/Adjudication. Filed by Defendant Coast Developement Trust , Counter-Claimant Coast Developement Trust (gg, ) Modified on 9/15/2006 (gg, ). (Entered: 09/15/2006) |
| 09/14/2006 | ❑ | Hearing Held . (Trustee's motion to preclude evidence will be heard on 10/6/06 at 9:30 AM and summary judgement motion is off calendar). (gh, ) (Entered: 09/14/2006) |
| 09/15/2006 | ❑63 | Certificate of Service (RE: related document(s)62 Motion to Continue/Reschedule Hearing, ). Filed by Defendant Coast Developement Trust , Counter-Claimant Coast Developement Trust (gg, ) (Entered: 09/15/2006) |
| 09/18/2006 | ❑64 | Notice of Continued Hearing *on Motion to Preclude Testimony and Exclude Evidence or in the Alternative, Motion to Compel Discovery* (RE: related document(s)56 Motion Miscellaneous Relief,, filed by Counter-Defendant Charles E. Sims, Plaintiff Charles E. Sims). Hearing to be held on 10/6/2006 at 9:30 AM San Francisco Courtroom 23 - Carlson for 56, Filed by Plaintiff Charles E. Sims. (Attachments: # 1 Certificate of Service) (Le, Nhung) (Entered: 09/18/2006) |
| 09/18/2006 | ❑65 | Fifth Notice of Continued Hearing *on Motion for Enlargement of Time Until June 30, 2006 for the Filing of the Trustee's Motion to Compel Discovery From the Defendants and/or Debtor and Amended Request* (RE: related document(s)50 Motion to Extend Time, filed by Counter-Defendant Charles E. Sims, Plaintiff Charles E. Sims). Hearing to be held on 10/6/2006 at 9:30 AM San Francisco Courtroom 23 - Carlson for 50, Filed by Plaintiff Charles E. Sims. (Attachments: # 1 Certificate of Service) (Le, Nhung) (Entered: 09/18/2006) |
| 09/22/2006 | ❑66 | Defendants' Notice of Motion and Motion to Preclude Testimony and Exclude Evidence, or in the Alternative, Motion to Compel Discovery filed by Defendant Coast Developement Trust . (gg, ) (Entered: 09/28/2006) |
| 09/22/2006 | ❑67 | Opposition to Plaintiffs Motion to Preclude Testimony and Exclude Evidence, or Compel Additional Discovery (RE: related document(s)56 Motion Miscellaneous Relief, , ). Filed by Defendant Coast Developement Trust (gg, ) (Entered: 09/28/2006) |
| 09/22/2006 | ❑68 | Opposition to Plaintiffs Motion to Preclude Testimony and Exclude Evidence or Compel Additional Discovery (RE: related document(s) 67 Opposition Brief/Memorandum). Filed by Defendant Coast Developement Trust (gg, ) (Entered: 09/28/2006) |
| 09/22/2006 | ❑69 | Declaration Re Defendants Motion and Motion to Preclude Testimony and Exclude Evidence, or in the Alternative, Motion to Compel Discovery (RE: related document(s)66 Motion Miscellaneous Relief). Filed by Defendant Coast Developement Trust (gg, ) (Entered: 09/28/2006) |

| 09/22/2006 | ●70 | Declaration of Debtor in Opposition to Plaintiffs Motion to Preclude Testimony and Exclude Evidence, or Compel Additional Discovery (RE: related document(s)56 Motion Miscellaneous Relief, , ). Filed by Defendant Coast Developement Trust (gg, ) (Entered: 09/28/2006) |
| 09/22/2006 | ●71 | Declaration of Attorney Re Opposition to Plaintiff Motion to Preclude Testimony and Exclude Evidence, or Compel Additional Discovery (RE: related document(s)56 Motion Miscellaneous Relief, , ). Filed by Defendant Coast Developement Trust (gg, ) (Entered: 09/28/2006) |
| 09/28/2006 | ● | Hearing Set On (RE: related document(s)66 Motion to Preclude Testimony and Exclude Evidence, or in the Alternative, Motion to Compel Discovery). Hearing scheduled for 10/6/2006 at 09:30 AM at San Francisco Courtroom 23 - Carlson. (gg, ) (Entered: 09/28/2006) |
| 09/29/2006 | ●72 | Reply to *Opposition to Trustee's Motion to Preclude Testimony and Exclude Evidence or in the Alternative, Motion to Compel Discovery* (RE: related document(s)67 Opposition Brief/Memorandum). Filed by Plaintiff Charles E. Sims (Attachments: # 1 Certificate of Service) (Maher, Charles) (Entered: 09/29/2006) |
| 09/29/2006 | ●73 | Brief/Memorandum in Opposition to *the Defendants' Motion To Preclude Testimony And Evidence, Or In The Alternative Motion To Compel* (RE: related document(s)66 Motion Miscellaneous Relief. Filed by Plaintiff Charles E. Sims (Attachments: # 1 Declaration of Jeffrey L. Fillerup# 2 Exhibit 1-19 to Declaration of Jeffrey L. Fillerup# 3 Exhibit 20-26 to Declaration of Jeffrey L. Fillerup# 4 Certificate of Service) (Le, Nhung) (Entered: 09/29/2006) |
| 10/02/2006 | ●74 | Tentative Ruling: Motion to Preclude Testimony and Exclude Evidence or in the Alternative, Motion to Compel Discovery (Related Doc # 56)(gg, ) Modified on 10/3/2006 (gg, ). Modified on 10/3/2006 (gg, ). (Entered: 10/02/2006) |
| 10/04/2006 | ●75 | BNC Certificate of Mailing - Electronic Order (RE: related document(s)74 Order on Motion for Miscellaneous Relief). Service Date 10/04/2006. (Admin.) (Entered: 10/04/2006) |
| 10/10/2006 | ● | Courtroom Hearing Held (RE: Motion Miscellaneous Relief - related document(s) 66 ) (Court order to follow.)(gh, ) (Entered: 10/10/2006) |
| 10/13/2006 | ●76 | Order Re Cross Motions to Preclude or Compel (RE: related document(s)56 Motion Miscellaneous Relief, , filed by Counter-Defendant Charles E. Sims, Plaintiff Charles E. Sims). (gg, ) (Entered: 10/16/2006) |
| 10/13/2006 | ● | Hearing Set On Motion. Hearing scheduled for 11/15/2006 at 09:30 AM at San Francisco Courtroom 23 - Carlson. (gg, ) (Entered: 10/16/2006) |
| 10/18/2006 | ●77 | BNC Certificate of Mailing - Electronic Order (RE: related document(s)76 Order). Service Date 10/18/2006. (Admin.) (Entered: 10/18/2006) |
| 10/23/2006 | ●78 | Notice of Appeal to District Court , Fee Amount $ 255. (RE: related document(s)76 Order). Appellant Designation due by 11/2/2006. Transmission to District Court due by 11/22/2006. Filed by Defendant Coast Developement Trust (gg, ) (Entered: 10/24/2006) |
| 10/23/2006 | ●79 | Statement of Election to District Court, (RE: related document(s)78 Notice of Appeal filed by Counter-Claimant Coast Developement Trust, Defendant Coast Developement Trust). Filed by Defendant Coast Developement Trust (gg, ) (Entered: 10/24/2006) |
| 10/24/2006 | ●80 | Courts Certificate of Mailing. Number of notices mailed: 4 (RE: related document(s)78 Notice of Appeal filed by Counter-Claimant Coast Developement Trust, Defendant Coast Developement Trust). (gg, ) (Entered: 10/24/2006) |
| 10/24/2006 | ●81 | Transmittal of Record on Appeal to District Court (RE: related document(s)78 Notice of Appeal). (gg, ) (Entered: 10/24/2006) |

| 10/31/2006 | ●82 | Appellant Designation of Contents For Inclusion in Record On Appeal (RE: related document(s)78 Notice of Appeal filed by Counter-Claimant Coast Developement Trust, Defendant Coast Developement Trust). Appellee designation due by 11/13/2006. Filed by Defendant Coast Developement Trust (gg, ) (Entered: 10/31/2006) |
| --- | --- | --- |
| 11/01/2006 | ●83 | Brief/Memorandum in Opposition to *Defendants' Motion for Summary Judgment* Filed by Plaintiff Charles E. Sims (Attachments: # 1 Request for Judicial Notice# 2 Declaration of Andrea A. Wirum# 3 Declaration of Emily L. Maxwell# 4 Declaration of Renee Glover-Chantler# 5 Evidentiary Objections# 6 Certificate of Service) (Le, Nhung) (Entered: 11/01/2006) |
| 11/07/2006 | ●84 | Appellee Designation of Contents for Inclusion in Record of Appeal (RE: related document(s)78 Notice of Appeal filed by Counter-Claimant Coast Developement Trust, Defendant Coast Developement Trust). (Attachments: # 1 Certificate of Service) Filed by Plaintiff Charles E. Sims (Maher, Charles) (Entered: 11/07/2006) |
| 11/09/2006 | ●91 | Notice of Filing of Bankruptcy Appeal and Order Setting Status Conference. United States District Court Case No. C-06-06782 MJJ. (RE: related document(s)78 Notice of Appeal filed by Counter-Claimant Coast Developement Trust, Defendant Coast Developement Trust. Filed by Defendant Coast Developement Trust . (gg, ) Modified on 11/21/2006 (gg, ). (Entered: 11/21/2006) |
| 11/10/2006 | ●85 | Reply to *Defendants' Opposition to Plaintiff?s Motion for Summary Judgment Based on Actual Fraud* Filed by Plaintiff Charles E. Sims (Attachments: # 1 Declaration of Emily L. Maxwell# 2 Declaration of Jeffrey L. Fillerup# 3 Declaration of Yosef Peretz# 4 Evidentiary Objections# 5 Certificate of Service) (Le, Nhung) (Entered: 11/10/2006) |
| 11/13/2006 | ●86 | Supplemental Document *Supplemental Reply Memorandum in Support of the Trustee's Motion for Summary Judgment Based on Actual Fraud* in (RE: related document(s)85 Reply, ). Filed by Plaintiff Charles E. Sims (Attachments: # 1 Certificate of Service) (Le, Nhung) (Entered: 11/13/2006) |
| 11/14/2006 | ●87 | Tentative Ruling on Cross Motions for Summary Judgment (RE: related document(s)54 Motion for Summary Judgment/Adjudication, filed by Counter-Defendant Charles E. Sims, Plaintiff Charles E. Sims). (gg, ) Modified on 11/15/2006 (gg, ). (Entered: 11/14/2006) |
| 11/15/2006 | ● | Courtroom Hearing Held (submitted.)(gh, ) (Entered: 11/15/2006) |
| 11/16/2006 | ●88 | Certificate of Readiness Re: (RE: related document(s)78 Notice of Appeal filed by Counter-Claimant Coast Developement Trust, Defendant Coast Developement Trust). (gg, ) (Entered: 11/16/2006) |
| 11/16/2006 | ●89 | Courts Certificate of Mailing. Number of notices mailed: 4 (RE: related document(s)88 Certificate of Readiness). (gg, ) (Entered: 11/16/2006) |
| 11/16/2006 | ●90 | Transmittal of Appellee and Appellant Designation of Record on Appeal to District Court (RE: related document(s)78 Notice of Appeal filed by Counter-Claimant Coast Developement Trust, Defendant Coast Developement Trust). (gg, ) Modified on 11/16/2006 (gg, ). (Entered: 11/16/2006) |
| 05/06/2007 | ●92 | Transcript, Date of Hearing: Nov. 15, 2006 *Trustee's motion for summary judgment*. (Palmer, Susan) (Entered: 05/06/2007) |
| 05/29/2007 | ●93 | Notice of Status Conference to be held on 6/1/2007 at 10:30 AM at San Francisco Courtroom 23 - Carlson. Filed by Plaintiff Charles E. Sims. (Attachments: # 1 Certificate of Service) (Maher, Charles) (Entered: 05/29/2007) |

| 06/01/2007 | ◐ | Courtroom Hearing Held (RE: Notice of Status Conference - related document(s) 93 ) (gh, ) (Entered: 06/01/2007) |
| 07/02/2007 | ◐94 | Transcript Re: Appeal *Motion to Preclude Testimony and Exclude Evidence or in the Alternative, Motion to Compel Discovery* (RE: related document(s)78 Notice of Appeal). (McCall, Jo) (Entered: 07/02/2007) |
| 09/25/2007 | ◐95 | Notice of Status Conference to be held on 10/5/2007 at 09:30 AM at San Francisco Courtroom 23 - Carlson. Filed by Plaintiff Charles E. Sims. (Attachments: # 1 Certificate of Service) (Maher, Charles) (Entered: 09/25/2007) |
| 09/28/2007 | ◐96 | Amended Notice of Status Conference to be held on 10/9/2007 at 09:30 AM at San Francisco Courtroom 23 - Carlson. Filed by Plaintiff Charles E. Sims. (Attachments: # 1 Certificate of Service) (Maher, Charles) (Entered: 09/28/2007) |
| 10/03/2007 | ◐97 | Second Amended Notice of Status Conference to be held on 10/19/2007 at 09:30 AM at San Francisco Courtroom 23 - Carlson. Filed by Plaintiff Charles E. Sims. (Attachments: # 1 Certificate of Service) (Maher, Charles) (Entered: 10/03/2007) |
| 10/19/2007 | ◐ | Courtroom Hearing Held (RE: Notice of Status Conference - related document(s) 97 ) (Parties requested ruling be postpone until 11/9/07.)(gh, ) (Entered: 10/19/2007) |
| 11/12/2007 | ◐98 | Document: *Report Regarding October 19, 2007 Status Conference*.. Filed by Plaintiff Charles E. Sims (Maher, Charles) (Entered: 11/12/2007) |
| 11/13/2007 | ◐ | **ERROR** Wrong Event Code Used. There is an Event Code for Reports(RE: related document(s) 98 Document filed by Counter-Defendant Charles E. Sims, Plaintiff Charles E. Sims). (dc, ) (Entered: 11/13/2007) |
| 02/28/2008 | ◐99 | Order RE Trustee's and Defendants' Cross Motions For Summary Judgment (RE: related document(s)54 Motion for Summary Judgment/Adjudication filed by Counter-Defendant Charles E. Sims, Plaintiff Charles E. Sims). (ac, ) (Entered: 02/28/2008) |
| 02/29/2008 | ◐100 | Notice of Status Conference to be held on 3/7/2008 at 10:30 AM at San Francisco Courtroom 23 - Carlson. Filed by Plaintiff Charles E. Sims. (Attachments: # 1 Certificate of Service) (Maher, Charles) (Entered: 02/29/2008) |
| 03/01/2008 | ◐101 | BNC Certificate of Mailing - Electronic Order (RE: related document(s)99 Order). Service Date 03/01/2008. (Admin.) (Entered: 03/01/2008) |
| 03/06/2008 | | Receipt of Appeal Filing Fee. Amount 255.00 from F Yeganeh. Receipt Number 30044986. (cg) (Entered: 03/06/2008) |
| 03/06/2008 | ◐102 | Notice of Appeal to District Court , Fee Amount $ 255. (RE: related document(s)99 Order). Appellant Designation due by 3/17/2008. Transmission to District Court due by 4/7/2008. Filed by Defendant Coast Developement Trust (ac, ) (Entered: 03/07/2008) |
| 03/06/2008 | ◐103 | Statement of Election to District Court, (RE: related document(s)102 Notice of Appeal filed by Counter-Claimant Coast Developement Trust, Defendant Coast Developement Trust). Filed by Defendant Coast Developement Trust (ac, ) (Entered: 03/07/2008) |
| 03/07/2008 | ◐ | Courtroom Hearing Held (RE: Notice of Status Conference - related document(s) 100 ) (Trial set for 6/3/08 at 9:30 AM, Pre Trial set for 5/2/08 at 11:00 AM. Court to do order.)(gh, ) (Entered: 03/07/2008) |
| 03/07/2008 | ◐104 | Courts Certificate of Mailing. Number of notices mailed: 3 (RE: related document(s)103 Statement of Election on Appeal filed by Counter-Claimant Coast Developement Trust, |

Defendant Coast Developement Trust, 102 Notice of Appeal filed by Counter-Claimant Coast Developement Trust, Defendant Coast Developement Trust). (ac, ) (Entered: 03/07/2008)

| 03/07/2008 | ○105 | Transmittal of Record on Appeal to District Court (RE: related document(s)102 Notice of Appeal filed by Counter-Claimant Coast Developement Trust, Defendant Coast Developement Trust). (ac, ) (Entered: 03/07/2008) |