IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES E. SIMS, | No. C-08-01400 MHP |
| | NOTICE OF FILING OF BANKRUPTCY |
| Plaintiff, | APPEAL AND ORDER SETTING STATUS |
| | CONFERENCE |
| v. | |
| FRAN YEGANEH, | |
| Defendant. | |
| _____/ | |

RE:
    Bankruptcy Case:
    Adversary No.:
    BAP No.:

Appellant:

The appeal has been assigned the following case number C-08-01400 MHP before the Honorable Marilyn H. Patel.

Upon the completion by parties of the perfection of the record pursuant to BR 8006 and 8007, the Bankruptcy Court will transmit a copy of the record on appeal to this court for docketing and issuance of a briefing schedule.

This matter is calendared for status conference on 6/16/2008 at    in Ctrm 15, 18th Floor,SF.

This date will stand vacated upon the filing in this Court of the record on appeal, at which time a briefing schedule will issue.

Dated: Mar 12, 2008

> For the Court
> Richard W. Wieking, Clerk
>
> _____
> By: Deputy Clerk

cc: USBC
    Counsel of Record