

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**RELATED CASE ORDER**

A Motion for Administrative Relief to Consider Whether Cases Should be Related and a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) have been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed cases that I have initialed below are related to the case assigned to me, and such cases shall be reassigned to me.

**C 06-02788 CW**     Yeganeh v. Sims, et al

**C 07-03256 JSW**    Allied Management Trust, et al v. Sims

I find that the above case is related to the case assigned to me. _CW_

**C 08-01399 CW**     Yeganeh v. Sims

I find that the above case is related to the case assigned to me. _CW_

**C 08-01400 MHP**    Yeganeh v. Sims

I find that the above case is related to the case assigned to me. _CW_

**C 08-01401 JSW**    Yeganeh

I find that the above case is related to the case assigned to me. _CW_

**ORDER**

Counsel are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge ("**CW**") immediately after the case number. Any case management conference in any reassigned case is vacated. Unless otherwise ordered, any dates for hearing noticed motions are vacated, and any deadlines established in a case management order continue to govern, except dates for appearance in court, which are vacated

Dated: APR - 8 2008

Judge Claudia Wilken

## CERTIFICATE OF SERVICE

I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record or *pro se* party in the cases listed above.

Richard W. Wieking, Clerk

DATED: 4/8/08

By: _____
Deputy Clerk

Copies to: Courtroom Deputies
Case Systems Administrators
Counsel of Record
Entered into Assignment Program: 4/8/08 (date)