IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIED MANAGEMENT TRUST, et al., | No. C 07-03256 CW |
|     Appellant. | |
| v. | |
| CHARLES SIMS, Trustee, | |
|     Appellee, | |
| _____ | |
| RAMIN YEGANEH, | No. C 08-01399 CW |
|     Appellant, | |
| v. | |
| CHARLES SIMS, Trustee, | |
|     Appellee, | |
| _____ | |
| FRAN YEGANEH, | No. C 08-01400 CW |
|     Appellant, | |
|   v. | |
| CHARLES SIMS, Trustee, | |
|     Appellee. | |
| _____ | |
| ADVANTA TRUST, et al., | No. C 08-01401 CW |
|     Appellant, | |
| v. | CASE MANAGEMENT SCHEDULING ORDER FOR REASSIGNED CIVIL CASES |
| CHARLES SIMS, Trustee, | |
|     Appellee. | |
| _____/ | |

1  The above actions having been related and reassigned to the
2  undersigned judge,
3  Notice is hereby given that the Stipulation Re Extension of
4  Time for Filing Appellants' Reply Brief on Appeal From Bankruptcy
5  Court's Orders filed in C-07-3256 CW, <u>Allied Management Trust, et
6  al., v. Sims</u>, on March 28, 2008, remains in effect.  Appellants'
7  reply brief will be due April 28, 2008; thereafter, the matter
8  will be deemed submitted on the papers and no hearing will be held
9  unless so ordered by the Court.
10  Notice is further given that the Motions to Dismiss Appeal of
11  Interlocutory Order (FRCP 12(b)(1) filed by Charles Sims, Trustee,
12  in C-08-1399 CW, <u>Yeganeh v. Sims</u>, C-08-1400 CW, <u>Yeganeh v. Sims</u>,
13  and C-08-1401 CW, <u>Advanta v. Sims</u>, will be decided on the papers.
14  Opposition to the motions (contained within a single brief) will
15  be due April 24, 2008, and any reply (contained within a single
16  brief) will be due May 1, 2008.
17  These cases have been designated for the Court's Electronic
18  Case Filing (ECF) Program.  Pursuant to General Order 45, each
19  attorney of record is obligated to become an ECF user and be
20  assigned a user ID and password for access to the system.  All
21  documents required to be filed with the Clerk shall be filed
22  electronically on the ECF website, except as provided otherwise in
23  section VII of General Order 45 or authorized otherwise by the
24  court.
25  IT IS SO ORDERED.
26
27  Dated: 4/9/08                    _____
                                      CLAUDIA WILKEN
28                                    United States District Judge

<u>NOTICE</u>

**Case Management Conferences and Pretrial Conferences** are conducted on **Tuesdays** at 2:00 p.m.  **Criminal Law and Motion** calendar is conducted on **Wednesdays** at 2:00 p.m. for defendants in custody and 2:30 p.m. for defendants not in custody.  **Civil Law and Motion** calendar is conducted on **Thursdays** at 2:00 p.m.  Order of call is determined by the Court.  Counsel need not reserve a hearing date for civil motions; however, counsel are advised to check the legal newspapers or the Court's website at www.cand.uscourts.gov for unavailable dates.

Motions for Summary Judgment:  All issues shall be contained within one motion of 25 pages or less, made on 35 days notice.  (<u>See</u> Civil L.R. 7-2).  Separate statements of undisputed facts in support of or in opposition to motions for summary judgment will not be considered by the Court.  (<u>See</u> Civil Local Rule 56-2(a)).  The motion and opposition should include a statement of facts supported by citations to the declarations filed with respect to the motion.  Evidentiary and procedural objections shall be contained within the motion, opposition or reply; separate motions to strike will not be considered by the Court. Any cross-motion shall be contained within the opposition to any motion for summary judgment, shall contain 25 pages or less, and shall be filed 21 days before the hearing.  The reply to a motion may contain up to 15 pages, shall include the opposition to any cross-motion, and shall be filed 14 days before the hearing.  (<u>See</u> Civil Local Rule 7-3).  The Court may, *sua sponte* or pursuant to a motion under Civil L.R. 6-3, reschedule the hearing so as to give a moving party time to file a reply to any cross-motion.

All discovery motions are referred to a Magistrate Judge to be heard and considered at the convenience of his/her calendar.  All such matters shall be noticed by the moving party for hearing on the assigned Magistrate Judge's regular law and motion calendar, or pursuant to that Judge's procedures.

Pursuant to General Order 45,§ VI.G, "In all cases subject to ECF, in addition to filing papers electronically, the parties are required to lodge for chambers **no later than noon on the business day following the day that the papers are filed electronically,** one paper copy of each document that is filed electronically."

(rev. 10/10/07)